UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
10 FEB -4 AM 8:34
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

| UNITED STATES OF AMERICA, | CASE NO. 09CR4535-BTM |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| HARBHAJAN SINGH BHOGAL, | |
| Defendant. | |

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: 8 USC 1326(a)(b)

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JANUARY 29, 2010

BARRY TED MOSKOWITZ
UNITED STATES DISTRICT JUDGE

ENTERED ON _____